IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | |
| EMMANUEL MOORE, | : | CRIMINAL NO. 10-cr-663 |
| a/k/a "Duck," | : | |
| a/k/a "Shorty," | : | |
| a/k/a "Hassin Bethea" | : | |
| THEODORE McFADDEN, SR., | : | |
| MONIQUE PEARSON, | : | |
| a/k/a "Mo" | : | |
| JAQUEL CREWS, | : | |
| a/k/a "Quelly" | : | |
| VINCENT CREWS, | : | |
| a/k/a "Vinny" | : | |
| MARK MILLER, | : | |
| a/k/a "Sharkey" | : | |
| | : | |
| | : | |
| IN RE: FORFEITURE OF PREMISES KNOWN | : | |
| AS **1684 MARGARET STREET,** | : | |
| **PHILADELPHIA, PENNSYLVANIA**, | : | |
| A PARCEL OF REAL PROPERTY AND ALL | : | |
| APPURTENANCES THERETO, LYING IN | : | |
| PHILADELPHIA COUNTY, PENNSYLVANIA | : | |
| AND ANY PROCEEDS FROM | : | |
| THE SALE THEREOF | : | |

## NOTICE OF LIS PENDENS

NOTICE IS HEREBY GIVEN that the above-captioned criminal case has been commenced by the filing of a Second Superseding Indictment and is now pending in the United States District Court for the Eastern District of Pennsylvania.

A federal grand jury returned a Second Superseding Indictment charging defendants **EMMANUEL MOORE, a/k/a "Duck," a/k/a "Shorty," a/k/a "Hassin Bethea,"**

**THEODORE McFADDEN, SR., MONIQUE PEARSON, a/k/a "Mo," JAQUEL CREWS, a/k/a "Quelly," VINCENT CREWS, a/k/a "Vinny,"** and **MARK MILLER, a/k/a "Sharkey"** with distribution of 50 grams or more of cocaine base; conspiracy to distribute 5 kilograms or more of cocaine; conspiracy to distribute 5 kilograms or more of cocaine and 50 grams or more of cocaine base ("crack"); and attempted possession with intent to distribute 500 grams or more of cocaine, all in violation of 21 U.S.C. §§ 841(a)(1) and 846; and criminal forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C); and 28 U.S.C. §§ 2461 and 853.

The real property legally described below and commonly known as **1684 MARGARET STREET, PHILADELPHIA, PENNSYLVANIA,** is property which represents or is traceable to the any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of violations of 21 U.S.C. §§ 841(a)(1) and 846; and any property constituting or derived from, proceeds obtained directly or indirectly from the commission of violations of 21 U.S.C. §§ 841(a)(1) and 846; and is therefore subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C); and 28 U.S.C. §§ 2461 and 853. The United States seeks forfeiture of the property and/or any and all proceeds from the sale thereof.

The name of the persons whose interests are intended to be affected are **EMMANUEL MOORE, a/k/a "Duck," a/k/a "Shorty," a/k/a "Hassin Bethea," THEODORE McFADDEN, SR., MONIQUE PEARSON, a/k/a "Mo," JAQUEL CREWS, a/k/a "Quelly," VINCENT CREWS, a/k/a "Vinny,"** and **MARK MILLER, a/k/a "Sharkey" and all successors, heirs and assignees**. The property to which this Lis Pendens refers, is described in the most recent Deed of Record in the Philadelphia County Recorder of Deeds' Office in Philadelphia County Pennsylvania, in Book 885 Page 439 as owned by Jaquel Crews and is further described as follows:

BLOCK 88 N 18 LOT 89

ALL THAT CERTAIN lot or piece of ground with the improvements thereon erected.

SITUATE on the Southwest side of Margaret Street (50 feet wide) at the distance of 119 feet, 9-1/4 inches more or less Northwest from the Northwest side of Duffield Street (40 feet wide) in Frankford in the 23rd Ward of the City of Philadelphia.

CONTAINING in front or said Margaret Street 20 feet more or less and extending Southwestward between parallel lines at right angles to said Margaret Street in depth on the Southeast line 91 feet, 1-1/8 inches more or less and on the Northwest line which passes through the center of the party wall between this and the adjoining brick messuage 91 feet and 1/8 of an inch.

BEING ASSESSED AS 1684 Margaret Street.

BEING the same premises which Walter E. Gimbel and Ruth M., his wife by Deed dated 7/28/1983 and recorded 8/5/1983 in Phila. County, in Deed Book EFP 802 page 203 conveyed unto Willie Bernard Holland, in fee, his heirs and assigns.

WARD #: 23

ST. CODE/HOUSE NO.: 53440 01684

CITY REGISTRY: 88N 18 - 171

For further information concerning this action, reference may be made to the records of the Clerk of the Court for the United States District Court for the Eastern District of Pennsylvania, 601 Market Street, Philadelphia, Pennsylvania.

Respectfully submitted,
ZANE DAVID MEMEGER
United States Attorney

/s/
NANCY RUE
Assistant United States Attorney

Dated: December 23, 2010