IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | |
| EMMANUEL MOORE, | : | CRIMINAL NO. 10-cr-663 |
| a/k/a "Duck," | : | |
| a/k/a "Shorty," | : | |
| a/k/a "Hassin Bethea" | : | |
| THEODORE McFADDEN, SR., | : | |
| MONIQUE PEARSON, | : | |
| a/k/a "Mo" | : | |
| JAQUEL CREWS, | : | |
| a/k/a "Quelly" | : | |
| VINCENT CREWS, | : | |
| a/k/a "Vinny" | : | |
| MARK MILLER, | : | |
| a/k/a "Sharkey" | : | |
| | : | |
| | : | |
| IN RE: FORFEITURE OF PREMISES KNOWN | : | |
| AS **1827 FILLMORE STREET,** | : | |
| **PHILADELPHIA, PENNSYLVANIA**, | : | |
| A PARCEL OF REAL PROPERTY AND ALL | : | |
| APPURTENANCES THERETO, LYING IN | : | |
| PHILADELPHIA COUNTY, PENNSYLVANIA | : | |
| AND ANY PROCEEDS FROM | : | |
| THE SALE THEREOF | : | |

## NOTICE OF LIS PENDENS

NOTICE IS HEREBY GIVEN that the above-captioned criminal case has been commenced by the filing of a Second Superseding Indictment and is now pending in the United States District Court for the Eastern District of Pennsylvania.

A federal grand jury returned a Second Superseding Indictment charging defendants **EMMANUEL MOORE, a/k/a "Duck," a/k/a "Shorty," a/k/a "Hassin Bethea,"**

**THEODORE McFADDEN, SR., MONIQUE PEARSON, a/k/a "Mo," JAQUEL CREWS, a/k/a "Quelly," VINCENT CREWS, a/k/a "Vinny,"** and **MARK MILLER, a/k/a "Sharkey"** with distribution of 50 grams or more of cocaine base; conspiracy to distribute 5 kilograms or more of cocaine; conspiracy to distribute 5 kilograms or more of cocaine and 50 grams or more of cocaine base ("crack"); and attempted possession with intent to distribute 500 grams or more of cocaine, all in violation of 21 U.S.C. §§ 841(a)(1) and 846; and criminal forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C); and 28 U.S.C. §§ 2461 and 853.

The real property legally described below and commonly known as **1827 FILLMORE STREET, PHILADELPHIA, PENNSYLVANIA,** is property which represents or is traceable to the any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of violations of 21 U.S.C. §§ 841(a)(1) and 846; and any property constituting or derived from, proceeds obtained directly or indirectly from the commission of violations of 21 U.S.C. §§ 841(a)(1) and 846; and is therefore subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C); and 28 U.S.C. §§ 2461 and 853. The United States seeks forfeiture of the property and/or any and all proceeds from the sale thereof.

The name of the persons whose interests are intended to be affected are **EMMANUEL MOORE, a/k/a "Duck," a/k/a "Shorty," a/k/a "Hassin Bethea," THEODORE McFADDEN, SR., MONIQUE PEARSON, a/k/a "Mo," JAQUEL CREWS, a/k/a "Quelly," VINCENT CREWS, a/k/a "Vinny,"** and **MARK MILLER, a/k/a "Sharkey" and all successors, heirs and assignees**. The property to which this Lis Pendens refers, is described in the most recent Deed of Record in the Philadelphia County Recorder of Deeds' Office in Philadelphia County Pennsylvania, Document number 50628658 as owned by Jaquel Crews and is further described as follows:

ALL THAT CERTAIN two story brick message or tenement and lot or piece of ground whereon the same is erected and described according to a survey and plan thereof made by J.H. Webster, Jr., Esquire, S and R of the Tenth District on the 11th day of May A.D. 1906 as follows, to wit:

SITUATE on the Northeast side of Fillmore Street (formerly New Street) (fifty feet wide) in the Twenty-third Ward of the City of Philadelphia.

BEGINNING at the distance of One Hundred Fourteen feet Seven-inches Northwest side of Tackawanna Street (forty feet wide)

CONTAINING in front or breadth on the said Fillmore Street Fourteen feet and extending of that width in length or depth Northeast between lines parallel with said Tackawanna Street One Hundred Twelve feet Seven inches to the side of a certain Four feet wide alley leading Northwest into another certain Four feet Six inches wide alley leading Southwest into said Fillmore Street. The Northwest and Southeast lines thereof passing directly thru he centers of the brick walls between this and the adjoining brick messages.

BEING 1827 Fillmore Street. TAX ID #23-2-1963-00

TOGETHER with the free and common use, right, liberty and privilege of the aforementioned alley as and for a passageway and watercourse at all times hereafter forever.

For further information concerning this action, reference may be made to the records of the Clerk of the Court for the United States District Court for the Eastern District of Pennsylvania, 601 Market Street, Philadelphia, Pennsylvania.

Respectfully submitted,
ZANE DAVID MEMEGER
United States Attorney

/s/

Dated: December 23, 2010

NANCY RUE
Assistant United States Attorney