IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EMMANUEL MOORE,<br>a/k/a "Duck,"<br>a/k/a "Shorty,"<br>a/k/a "Hassin Bethea"<br>THEODORE McFADDEN, SR.,<br>MONIQUE PEARSON,<br>a/k/a "Mo"<br>JAQUEL CREWS,<br>a/k/a "Quelly"<br>VINCENT CREWS,<br>a/k/a "Vinny"<br>MARK MILLER,<br>a/k/a "Sharkey"<br><br>IN RE: FORFEITURE OF PREMISES KNOWN AS **1829 FILLMORE STREET, PHILADELPHIA, PENNSYLVANIA**, A PARCEL OF REAL PROPERTY AND ALL APPURTENANCES THERETO, LYING IN PHILADELPHIA COUNTY, PENNSYLVANIA AND ANY PROCEEDS FROM THE SALE THEREOF | : | CRIMINAL NO. 10-cr-663 |

**NOTICE OF LIS PENDENS**

NOTICE IS HEREBY GIVEN that the above-captioned criminal case has been commenced by the filing of a Second Superseding Indictment and is now pending in the United States District Court for the Eastern District of Pennsylvania.

A federal grand jury returned a Second Superseding Indictment charging defendants **EMMANUEL MOORE, a/k/a "Duck," a/k/a "Shorty," a/k/a "Hassin Bethea,"**

**THEODORE McFADDEN, SR., MONIQUE PEARSON, a/k/a "Mo," JAQUEL CREWS, a/k/a "Quelly," VINCENT CREWS, a/k/a "Vinny,"** and **MARK MILLER, a/k/a "Sharkey"** with distribution of 50 grams or more of cocaine base; conspiracy to distribute 5 kilograms or more of cocaine; conspiracy to distribute 5 kilograms or more of cocaine and 50 grams or more of cocaine base ("crack"); and attempted possession with intent to distribute 500 grams or more of cocaine, all in violation of 21 U.S.C. §§ 841(a)(1) and 846; and criminal forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C); and 28 U.S.C. §§ 2461 and 853.

The real property legally described below and commonly known as **1829 FILLMORE STREET, PHILADELPHIA, PENNSYLVANIA,** is property which represents or is traceable to the any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of violations of 21 U.S.C. §§ 841(a)(1) and 846; and any property constituting or derived from, proceeds obtained directly or indirectly from the commission of violations of 21 U.S.C. §§ 841(a)(1) and 846; and is therefore subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C); and 28 U.S.C. §§ 2461 and 853. The United States seeks forfeiture of the property and/or any and all proceeds from the sale thereof.

The name of the persons whose interests are intended to be affected are **EMMANUEL MOORE, a/k/a "Duck," a/k/a "Shorty," a/k/a "Hassin Bethea," THEODORE McFADDEN, SR., MONIQUE PEARSON, a/k/a "Mo," JAQUEL CREWS, a/k/a "Quelly," VINCENT CREWS, a/k/a "Vinny,"** and **MARK MILLER, a/k/a "Sharkey" and all successors, heirs and assignees**. The property to which this Lis Pendens refers, is described in the most recent Deed of Record in the Philadelphia County Recorder of Deeds' Office in Philadelphia County Pennsylvania, Document number 51739893 as owned by Ramona E. Mallory and is further described as follows:

ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected.

BEGINNING at a point on the northeastwardly side of Fillmore Street (50 feet wide) at the distance of 100 feet 7 inches northwestwardly from the northwesterly side of Tackawanna Street (40 feet wide) in the 23rd Ward of the City of Philadelphia; thence extending north 36 degrees 54 minutes 17 seconds east passing through the center of a brick party wall 116 feet 7 inches to a point; thence extending north 52 degrees 58 minutes 24 seconds west 14 feet to a point; thence extending south 36 degrees 54 minutes 17 seconds west and along the end of a certain 4 feet wide alley leading northwestwardly into another certain 4 feet 6 inches wide alley leading southwestwardly into the said Fillmore Street and passing through the center of the brick party wall between this and the adjoining messuage 116 feet 7 inches to the northeast side of said Fillmore Street; thence extending along th said side of said Fillmore Street south 52 degrees 58 minutes 24 seconds east 14 feet to the first mentioned point and place of beginning.

TOGETHER with the free and common use, right, liberty and privilege of the above mentioned alleys as a means of ingress, egress, and regress, for the owners and occupiers of this and the adjoining messuage at all times hereafter, forever.

BEING No. 1829 Fillmore Street.

BEING THE SAME PREMISES WHICH Essex Savings Bank, by Deed, dated 4/18/2001 and recorded 5/15/2001 in the County of Philadelphia in Document ID #50255797 conveyed unto Jacquel [sic] Crews, in fee.

For further information concerning this action, reference may be made to the records of the Clerk of the Court for the United States District Court for the Eastern District of Pennsylvania, 601 Market Street, Philadelphia, Pennsylvania.

Respectfully submitted,

ZANE DAVID MEMEGER
United States Attorney

/s/
NANCY RUE
Assistant United States Attorney

Dated: December 23, 2010