IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | |
| EMMANUEL MOORE, | : | CRIMINAL NO. 10-cr-663 |
| a/k/a "Duck," | : | |
| a/k/a "Shorty," | : | |
| a/k/a "Hassin Bethea" | : | |
| THEODORE McFADDEN, SR., | : | |
| MONIQUE PEARSON, | : | |
| a/k/a "Mo" | : | |
| JAQUEL CREWS, | : | |
| a/k/a "Quelly" | : | |
| VINCENT CREWS, | : | |
| a/k/a "Vinny" | : | |
| MARK MILLER, | : | |
| a/k/a "Sharkey" | : | |
| | : | |
| | : | |
| IN RE: FORFEITURE OF PREMISES KNOWN | : | |
| AS **1837 FOULKROD STREET,** | : | |
| **PHILADELPHIA, PENNSYLVANIA**, | : | |
| A PARCEL OF REAL PROPERTY AND ALL | : | |
| APPURTENANCES THERETO, LYING IN | : | |
| PHILADELPHIA COUNTY, PENNSYLVANIA | : | |
| AND ANY PROCEEDS FROM | : | |
| THE SALE THEREOF | : | |

## NOTICE OF LIS PENDENS

NOTICE IS HEREBY GIVEN that the above-captioned criminal case has been commenced by the filing of a Second Superseding Indictment and is now pending in the United States District Court for the Eastern District of Pennsylvania.

A federal grand jury returned a Second Superseding Indictment charging defendants **EMMANUEL MOORE, a/k/a "Duck," a/k/a "Shorty," a/k/a "Hassin Bethea,"**

**THEODORE McFADDEN, SR., MONIQUE PEARSON, a/k/a "Mo," JAQUEL CREWS, a/k/a "Quelly," VINCENT CREWS, a/k/a "Vinny,"** and **MARK MILLER, a/k/a "Sharkey"** with distribution of 50 grams or more of cocaine base; conspiracy to distribute 5 kilograms or more of cocaine; conspiracy to distribute 5 kilograms or more of cocaine and 50 grams or more of cocaine base ("crack"); and attempted possession with intent to distribute 500 grams or more of cocaine, all in violation of 21 U.S.C. §§ 841(a)(1) and 846; and criminal forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C); and 28 U.S.C. §§ 2461 and 853.

The real property legally described below and commonly known as **1837 FOULKROD STREET, PHILADELPHIA, PENNSYLVANIA,** is property which represents or is traceable to the any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of violations of 21 U.S.C. §§ 841(a)(1) and 846; and any property constituting or derived from, proceeds obtained directly or indirectly from the commission of violations of 21 U.S.C. §§ 841(a)(1) and 846; and is therefore subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C); and 28 U.S.C. §§ 2461 and 853. The United States seeks forfeiture of the property and/or any and all proceeds from the sale thereof.

The name of the persons whose interests are intended to be affected are **EMMANUEL MOORE, a/k/a "Duck," a/k/a "Shorty," a/k/a "Hassin Bethea," THEODORE McFADDEN, SR., MONIQUE PEARSON, a/k/a "Mo," JAQUEL CREWS, a/k/a "Quelly," VINCENT CREWS, a/k/a "Vinny,"** and **MARK MILLER, a/k/a "Sharkey" and all successors, heirs and assignees**. The property to which this Lis Pendens refers, is described in the most recent Deed of Record in the Philadelphia County Recorder of Deeds' Office in Philadelphia County Pennsylvania, Document number 51964051 as owned by Choice Rentals LLC and is further described as follows:

**ALL THAT CERTAIN** lot or piece of ground with the buildings and improvements thereon erected.

SITUATE in the Northeasterly side of Foulkrod Street at the distance of two hundred sixty-one feet, six inches Southeastward from the Southeasterly side of Mulberry Street in the 23rd Ward of the City of Philadelphia, County of Philadelphia and the Commonwealth of Pennsylvania.

CONTAINING in front or breath on the said side of Foulkrod Street, fourteen feet, six and one half inches and extending of that width in length or depth Northeastward sixty feet.

BOUNDED Northwestward partly by the head of a certain two feet, six inches wide alley.

BEING No. 1837 Foulkrod St.

TOGETHER with the free and common use, right, liberty and privilege of the above mentioned two feet six inches wide alley as and for a passageway and watercourse at all times hereafter, forever.

BEING the same premises which John D. Green, Sheriff of Philadelphia by Deed Poll dated 12/3/07 and recorded 12/18/07 in Philadelphia County as Id. #51825643 granted and conveyed unto Bank of New York as Trustee for the Certificateholders CWABS, Inc., Asset-Backed Certificates, Series 2006-8, in fee.

For further information concerning this action, reference may be made to the records of the Clerk of the Court for the United States District Court for the Eastern District of Pennsylvania, 601 Market Street, Philadelphia, Pennsylvania.

Respectfully submitted,

ZANE DAVID MEMEGER
United States Attorney

/s/
NANCY RUE
Assistant United States Attorney

Dated: December 23, 2010