IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | |
| EMMANUEL MOORE, | : | CRIMINAL NO. 10-cr-663 |
| a/k/a "Duck," | : | |
| a/k/a "Shorty," | : | |
| a/k/a "Hassin Bethea" | : | |
| THEODORE McFADDEN, SR., | : | |
| MONIQUE PEARSON, | : | |
| a/k/a "Mo" | : | |
| JAQUEL CREWS, | : | |
| a/k/a "Quelly" | : | |
| VINCENT CREWS, | : | |
| a/k/a "Vinny" | : | |
| MARK MILLER, | : | |
| a/k/a "Sharkey" | : | |
| | : | |
| | : | |
| IN RE: FORFEITURE OF PREMISES KNOWN | : | |
| AS **2410 VISTA STREET, PHILADELPHIA,** | : | |
| **PENNSYLVANIA**, A PARCEL OF REAL | : | |
| PROPERTY AND ALL APPURTENANCES | : | |
| THERETO, LYING IN PHILADELPHIA | : | |
| COUNTY, PENNSYLVANIA AND ANY | : | |
| PROCEEDS FROM THE SALE THEREOF | : | |

## NOTICE OF LIS PENDENS

NOTICE IS HEREBY GIVEN that the above-captioned criminal case has been commenced by the filing of a Second Superseding Indictment and is now pending in the United States District Court for the Eastern District of Pennsylvania.

A federal grand jury returned a Second Superseding Indictment charging defendants **EMMANUEL MOORE, a/k/a "Duck," a/k/a "Shorty," a/k/a "Hassin Bethea," THEODORE McFADDEN, SR., MONIQUE PEARSON, a/k/a "Mo," JAQUEL CREWS,**

**a/k/a "Quelly," VINCENT CREWS, a/k/a "Vinny,"** and **MARK MILLER, a/k/a "Sharkey"** with distribution of 50 grams or more of cocaine base; conspiracy to distribute 5 kilograms or more of cocaine; conspiracy to distribute 5 kilograms or more of cocaine and 50 grams or more of cocaine base ("crack"); and attempted possession with intent to distribute 500 grams or more of cocaine, all in violation of 21 U.S.C. §§ 841(a)(1) and 846; and criminal forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C); and 28 U.S.C. §§ 2461 and 853.

The real property legally described below and commonly known as **2410 VISTA STREET, PHILADELPHIA, PENNSYLVANIA,** is property which represents or is traceable to the any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of violations of 21 U.S.C. §§ 841(a)(1) and 846; and any property constituting or derived from, proceeds obtained directly or indirectly from the commission of violations of 21 U.S.C. §§ 841(a)(1) and 846; and is therefore subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C); and 28 U.S.C. §§ 2461 and 853. The United States seeks forfeiture of the property and/or any and all proceeds from the sale thereof.

The name of the persons whose interests are intended to be affected are **EMMANUEL MOORE, a/k/a "Duck," a/k/a "Shorty," a/k/a "Hassin Bethea," THEODORE McFADDEN, SR., MONIQUE PEARSON, a/k/a "Mo," JAQUEL CREWS, a/k/a "Quelly," VINCENT CREWS, a/k/a "Vinny,"** and **MARK MILLER, a/k/a "Sharkey" and all successors, heirs and assignees**. The property to which this Lis Pendens refers, is described in the most recent Deed of Record in the Philadelphia County Recorder of Deeds' Office in Philadelphia County Pennsylvania, Document number 51674296 as owned by Tracy Barco and is further described as follows:

**ALL THAT CERTAIN** lot or piece of ground with the buildings and improvements thereon erected Situate in the 56th Ward of the City of Philadelphia described according to a Survey and Plan made by Howard LeQuin, Surveyor and Regulator of the First District on 5/22/59 as follows, to wit:

**SITUATE** on the Southwesterly side of Vista Street (50' wide) the distance of 153' 10" Southeastwardly from the Southeasterly side of Bradford Street (60' wide).

**CONTAINING** in front or breadth on said Vista Street 28' 6-1/2" and extending of that width in length and depth Southwestwardly between parallel lines at right angles to said Vista Street 90' to a point in the center line of a certain 15' wide driveway which extends Northwestwardly into Bradford Street and Southeastwardly into Leonard Street (60' wide), the Southeasterly line thereof partly passing through the center of the party wall between this premises and the premises adjoining on the Southeast.

**BEING** No. 2410 Vista Street.

**TOGETHER** with the free and common use, right, liberty and privilege of the aforesaid driveway as and for a driveway, passageway and watercourse in common with owners, tenants and occupiers of the other lots of ground bounding thereon and entitled to use thereof at all times hereafter forever. Subject, however, to the proportionate part of the expense of keeping said driveway in good order and repair.

**PARCEL ID #56-1-323300.**

**By Deed From** DEBRA G. EISENBERG, dated July 30, 1997, and recorded October 9, 1997, in the Office of the Recorder of Deeds in and for the County of Philadelphia, Pennsylvania, in Book JTD 436, Page 236.

For further information concerning this action, reference may be made to the records of the Clerk of the Court for the United States District Court for the Eastern District of Pennsylvania, 601 Market Street, Philadelphia, Pennsylvania.

Respectfully submitted,

ZANE DAVID MEMEGER
United States Attorney

/s/

Dated: December 23, 2010

NANCY RUE
Assistant United States Attorney