IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EMMANUEL MOORE,<br>a/k/a "Duck,"<br>a/k/a "Shorty,"<br>a/k/a "Hassin Bethea"<br>THEODORE McFADDEN, SR.,<br>MONIQUE PEARSON,<br>a/k/a "Mo"<br>JAQUEL CREWS,<br>a/k/a "Quelly"<br>VINCENT CREWS,<br>a/k/a "Vinny"<br>MARK MILLER,<br>a/k/a "Sharkey"<br><br>IN RE: FORFEITURE OF PREMISES KNOWN AS **4558 NORTH 19TH STREET, PHILADELPHIA, PENNSYLVANIA**, A PARCEL OF REAL PROPERTY AND ALL APPURTENANCES THERETO, LYING IN PHILADELPHIA COUNTY, PENNSYLVANIA AND ANY PROCEEDS FROM THE SALE THEREOF | : | CRIMINAL NO. 10-cr-663 |

**<u>NOTICE OF LIS PENDENS</u>**

NOTICE IS HEREBY GIVEN that the above-captioned criminal case has been commenced by the filing of a Second Superseding Indictment and is now pending in the United States District Court for the Eastern District of Pennsylvania.

A federal grand jury returned a Second Superseding Indictment charging defendants **EMMANUEL MOORE, a/k/a "Duck," a/k/a "Shorty," a/k/a "Hassin Bethea,"**

**THEODORE McFADDEN, SR., MONIQUE PEARSON, a/k/a "Mo," JAQUEL CREWS, a/k/a "Quelly," VINCENT CREWS, a/k/a "Vinny,"** and **MARK MILLER, a/k/a "Sharkey"** with distribution of 50 grams or more of cocaine base; conspiracy to distribute 5 kilograms or more of cocaine; conspiracy to distribute 5 kilograms or more of cocaine and 50 grams or more of cocaine base ("crack"); and attempted possession with intent to distribute 500 grams or more of cocaine, all in violation of 21 U.S.C. §§ 841(a)(1) and 846; and criminal forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C); and 28 U.S.C. §§ 2461 and 853.

The real property legally described below and commonly known as **4558 NORTH 19TH STREET, PHILADELPHIA, PENNSYLVANIA,** is property which represents or is traceable to the any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of violations of 21 U.S.C. §§ 841(a)(1) and 846; and any property constituting or derived from, proceeds obtained directly or indirectly from the commission of violations of 21 U.S.C. §§ 841(a)(1) and 846; and is therefore subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C); and 28 U.S.C. §§ 2461 and 853. The United States seeks forfeiture of the property and/or any and all proceeds from the sale thereof.

The name of the persons whose interests are intended to be affected are **EMMANUEL MOORE, a/k/a "Duck," a/k/a "Shorty," a/k/a "Hassin Bethea," THEODORE McFADDEN, SR., MONIQUE PEARSON, a/k/a "Mo," JAQUEL CREWS, a/k/a "Quelly," VINCENT CREWS, a/k/a "Vinny,"** and **MARK MILLER, a/k/a "Sharkey" and all successors, heirs and assignees**. The property to which this Lis Pendens refers, is described in the most recent Deed of Record in the Philadelphia County Recorder of Deeds' Office in Philadelphia County Pennsylvania, Document number 52118639 as owned by Mozell LLC and is further described as follows:

**ALL THAT CERTAIN** lot or piece of ground with the two story brick message or tenement thereon erected.

**SITUATE** on the West side of 19th Street at the distance of 438 feet 4 inches Northward from the North side of Wingohocking Street, in the 13th Ward of the City of Philadelphia.

**CONTAINING** in front or breadth on the said 19th Street 15 feet and extending of that width in length or depth between parallel lines at right angles with said 19th Street, 84 feet 5 inches to a certain 4 feet wide alley extending Northward from Wingohocking Street to Courtland Street.

**BEING** known as No. 4558 North 19th Street.

For further information concerning this action, reference may be made to the records of the Clerk of the Court for the United States District Court for the Eastern District of Pennsylvania, 601 Market Street, Philadelphia, Pennsylvania.

Respectfully submitted,

ZANE DAVID MEMEGER
United States Attorney

/s/

Dated: December 23, 2010

NANCY RUE
Assistant United States Attorney