IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EMMANUEL MOORE,<br>a/k/a "Duck,"<br>a/k/a "Shorty,"<br>a/k/a "Hassin Bethea"<br>THEODORE McFADDEN, SR.,<br>MONIQUE PEARSON,<br>a/k/a "Mo"<br>JAQUEL CREWS,<br>a/k/a "Quelly"<br>VINCENT CREWS,<br>a/k/a "Vinny"<br>MARK MILLER,<br>a/k/a "Sharkey"<br><br><br>IN RE: FORFEITURE OF PREMISES KNOWN AS **4635 DITMAN STREET, PHILADELPHIA, PENNSYLVANIA**, A PARCEL OF REAL PROPERTY AND ALL APPURTENANCES THERETO, LYING IN PHILADELPHIA COUNTY, PENNSYLVANIA AND ANY PROCEEDS FROM THE SALE THEREOF | : | CRIMINAL NO. 10-cr-663 |

**NOTICE OF LIS PENDENS**

NOTICE IS HEREBY GIVEN that the above-captioned criminal case has been commenced by the filing of a Second Superseding Indictment and is now pending in the United States District Court for the Eastern District of Pennsylvania.

A federal grand jury returned a Second Superseding Indictment charging defendants **EMMANUEL MOORE, a/k/a "Duck," a/k/a "Shorty," a/k/a "Hassin Bethea," THEODORE McFADDEN, SR., MONIQUE PEARSON, a/k/a "Mo," JAQUEL CREWS,**

**a/k/a "Quelly," VINCENT CREWS, a/k/a "Vinny,"** and **MARK MILLER, a/k/a "Sharkey"** with distribution of 50 grams or more of cocaine base; conspiracy to distribute 5 kilograms or more of cocaine; conspiracy to distribute 5 kilograms or more of cocaine and 50 grams or more of cocaine base ("crack"); and attempted possession with intent to distribute 500 grams or more of cocaine, all in violation of 21 U.S.C. §§ 841(a)(1) and 846; and criminal forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C); and 28 U.S.C. §§ 2461 and 853.

The real property legally described below and commonly known as **4635 DITMAN STREET, PHILADELPHIA, PENNSYLVANIA,** is property which represents or is traceable to the any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of violations of 21 U.S.C. §§ 841(a)(1) and 846; and any property constituting or derived from, proceeds obtained directly or indirectly from the commission of violations of 21 U.S.C. §§ 841(a)(1) and 846; and is therefore subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C); and 28 U.S.C. §§ 2461 and 853. The United States seeks forfeiture of the property and/or any and all proceeds from the sale thereof.

The name of the persons whose interests are intended to be affected are **EMMANUEL MOORE, a/k/a "Duck," a/k/a "Shorty," a/k/a "Hassin Bethea," THEODORE McFADDEN, SR., MONIQUE PEARSON, a/k/a "Mo," JAQUEL CREWS, a/k/a "Quelly," VINCENT CREWS, a/k/a "Vinny,"** and **MARK MILLER, a/k/a "Sharkey" and all successors, heirs and assignees**. The property to which this Lis Pendens refers, is described in the most recent Deed of Record in the Philadelphia County Recorder of Deeds' Office in Philadelphia County Pennsylvania, Document number 51433912 as owned by Jaquel Crews and is further described as follows:

ALL THAT CERTAIN brick messuage or tenement and lot or piece of ground.

SITUATE in the 23rd Ward of the City of Philadelphia on the Southeasterly side of Ditman Street (formerly Jefferson Street) at the distance of 103 feet Northeastwardly from the Northeasterly side of Plum Street.

CONTAINING in front or breadth on the said Ditman Street 18 feet, 6 inches and extending in length or depth Southeastwardly between parallel lines at right angles to the said Ditman Street 100 feet.

BEING NO. 4635 DITMAN STREET

BRT Tax No. 23-2-3662-10

Being the same premises which Kensington Community Corporation for Individual Dignity, a PA Non-Profit Corp by Deed dated 2/29/2000 and recorded 3/10/2000 in Philadelphia County as Document No. 50048293 conveyed unto Daniel J. Maneely, Marc O'Neill and Steven Osiecki and DMS Properties, in fee.
Being the same premises which Daniel J. Maneely, Marc O'Neill and Steven Osiecki and DMS Properties by Deed dated 12/8/2000 and recorded 2/21/2001 as Deed of Correction in Philadelphia County as Document No. 50207889 conveyed unto DMS Propeties, a Pennsylvania Partnership, in fee.

For further information concerning this action, reference may be made to the records of the Clerk of the Court for the United States District Court for the Eastern District of Pennsylvania, 601 Market Street, Philadelphia, Pennsylvania.

Respectfully submitted,

ZANE DAVID MEMEGER
United States Attorney

/s/
NANCY RUE
Assistant United States Attorney

Dated: December 23, 2010