IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | |
| EMMANUEL MOORE, | : | CRIMINAL NO. 10-cr-663 |
| a/k/a "Duck," | : | |
| a/k/a "Shorty," | : | |
| a/k/a "Hassin Bethea" | : | |
| THEODORE McFADDEN, SR., | : | |
| MONIQUE PEARSON, | : | |
| a/k/a "Mo" | : | |
| JAQUEL CREWS, | : | |
| a/k/a "Quelly" | : | |
| VINCENT CREWS, | : | |
| a/k/a "Vinny" | : | |
| MARK MILLER, | : | |
| a/k/a "Sharkey" | : | |
| | : | |
| | : | |
| IN RE: FORFEITURE OF PREMISES KNOWN | : | |
| AS **4800 DUFFIELD STREET,** | : | |
| **PHILADELPHIA, PENNSYLVANIA**, | : | |
| A PARCEL OF REAL PROPERTY AND ALL | : | |
| APPURTENANCES THERETO, LYING IN | : | |
| PHILADELPHIA COUNTY, PENNSYLVANIA | : | |
| AND ANY PROCEEDS FROM | : | |
| THE SALE THEREOF | : | |

## NOTICE OF LIS PENDENS

NOTICE IS HEREBY GIVEN that the above-captioned criminal case has been commenced by the filing of a Second Superseding Indictment and is now pending in the United States District Court for the Eastern District of Pennsylvania.

A federal grand jury returned a Second Superseding Indictment charging defendants **EMMANUEL MOORE, a/k/a "Duck," a/k/a "Shorty," a/k/a "Hassin Bethea,"**

**THEODORE McFADDEN, SR., MONIQUE PEARSON, a/k/a "Mo," JAQUEL CREWS, a/k/a "Quelly," VINCENT CREWS, a/k/a "Vinny,"** and **MARK MILLER, a/k/a "Sharkey"** with distribution of 50 grams or more of cocaine base; conspiracy to distribute 5 kilograms or more of cocaine; conspiracy to distribute 5 kilograms or more of cocaine and 50 grams or more of cocaine base ("crack"); and attempted possession with intent to distribute 500 grams or more of cocaine, all in violation of 21 U.S.C. §§ 841(a)(1) and 846; and criminal forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C); and 28 U.S.C. §§ 2461 and 853.

The real property legally described below and commonly known as **4800 DUFFIELD STREET, PHILADELPHIA, PENNSYLVANIA,** is property which represents or is traceable to the any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of violations of 21 U.S.C. §§ 841(a)(1) and 846; and any property constituting or derived from, proceeds obtained directly or indirectly from the commission of violations of 21 U.S.C. §§ 841(a)(1) and 846; and is therefore subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C); and 28 U.S.C. §§ 2461 and 853. The United States seeks forfeiture of the property and/or any and all proceeds from the sale thereof.

The name of the persons whose interests are intended to be affected are **EMMANUEL MOORE, a/k/a "Duck," a/k/a "Shorty," a/k/a "Hassin Bethea," THEODORE McFADDEN, SR., MONIQUE PEARSON, a/k/a "Mo," JAQUEL CREWS, a/k/a "Quelly," VINCENT CREWS, a/k/a "Vinny,"** and **MARK MILLER, a/k/a "Sharkey" and all successors, heirs and assignees**. The property to which this Lis Pendens refers, is described in the most recent Deed of Record in the Philadelphia County Recorder of Deeds' Office in Philadelphia County Pennsylvania, Document number 51698183 as owned by Mark J. Miller and is further described as follows:

ALL THAT CERTAIN lot or piece of ground with the brick store and dwelling thereon erected, SITUATE in the 23rd Ward of the City of Philadelphia described according to a Survey and Plan thereof made by J.H. Webster, Jr., Esquire, Surveyor and regulator of the 10th District as follows to wit.

BEGINNING at a point or corner on the Northeasterly side of Foulkrod Street at its intersection with the Northwesterly side of Duffield Street (formerly Willow Street) extending thence along the Northwesterly side of said Duffield Street 21 feet 1 1/4 inches to a point; thence Northwesterly on a line at right angles with said Duffield Street 100 feet to a point; thence Southwestwardly on a line parallel with said Duffield Street 21 feet 3 1/2 inches to a point on the Northeasterly side of said Foulkrod Street; thence Southeastwardly along said side of Foulkrod Street 100 feet more or less to the place of beginning.

BEING No. 4800 Duffield Street.

BEING the same premises which Randolph Ballard by Deed dated 05/15/07 and recorded 05/15/07, the Office for the Recording of Deeds in Document #51692985, granted and conveyed unto Louis Riggins, in fee.

For further information concerning this action, reference may be made to the records of the Clerk of the Court for the United States District Court for the Eastern District of Pennsylvania, 601 Market Street, Philadelphia, Pennsylvania.

Respectfully submitted,

ZANE DAVID MEMEGER
United States Attorney

/s/
NANCY RUE
Assistant United States Attorney

Dated: December 23, 2010