IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :
:
v. :
:
EMMANUEL MOORE, : CRIMINAL NO. 10-cr-663
a/k/a "Duck," :
a/k/a "Shorty," :
a/k/a "Hassin Bethea" :
THEODORE McFADDEN, SR., :
MONIQUE PEARSON, :
a/k/a "Mo" :
JAQUEL CREWS, :
a/k/a "Quelly" :
VINCENT CREWS, :
a/k/a "Vinny" :
MARK MILLER, :
a/k/a "Sharkey" :
:
:
IN RE: FORFEITURE OF PREMISES KNOWN :
AS **4829 MULBERRY STREET,** :
**PHILADELPHIA, PENNSYLVANIA**, :
A PARCEL OF REAL PROPERTY AND ALL :
APPURTENANCES THERETO, LYING IN :
PHILADELPHIA COUNTY, PENNSYLVANIA :
AND ANY PROCEEDS FROM :
THE SALE THEREOF :

**NOTICE OF LIS PENDENS**

NOTICE IS HEREBY GIVEN that the above-captioned criminal case has been commenced by the filing of a Second Superseding Indictment and is now pending in the United States District Court for the Eastern District of Pennsylvania.

A federal grand jury returned a Second Superseding Indictment charging defendants **EMMANUEL MOORE, a/k/a "Duck," a/k/a "Shorty," a/k/a "Hassin Bethea,"**

**THEODORE McFADDEN, SR., MONIQUE PEARSON, a/k/a "Mo," JAQUEL CREWS, a/k/a "Quelly," VINCENT CREWS, a/k/a "Vinny,"** and **MARK MILLER, a/k/a "Sharkey"** with distribution of 50 grams or more of cocaine base; conspiracy to distribute 5 kilograms or more of cocaine; conspiracy to distribute 5 kilograms or more of cocaine and 50 grams or more of cocaine base ("crack"); and attempted possession with intent to distribute 500 grams or more of cocaine, all in violation of 21 U.S.C. §§ 841(a)(1) and 846; and criminal forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C); and 28 U.S.C. §§ 2461 and 853.

The real property legally described below and commonly known as **4829 MULBERRY STREET, PHILADELPHIA, PENNSYLVANIA,** is property which represents or is traceable to the any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of violations of 21 U.S.C. §§ 841(a)(1) and 846; and any property constituting or derived from, proceeds obtained directly or indirectly from the commission of violations of 21 U.S.C. §§ 841(a)(1) and 846; and is therefore subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C); and 28 U.S.C. §§ 2461 and 853. The United States seeks forfeiture of the property and/or any and all proceeds from the sale thereof.

The name of the persons whose interests are intended to be affected are **EMMANUEL MOORE, a/k/a "Duck," a/k/a "Shorty," a/k/a "Hassin Bethea," THEODORE McFADDEN, SR., MONIQUE PEARSON, a/k/a "Mo," JAQUEL CREWS, a/k/a "Quelly," VINCENT CREWS, a/k/a "Vinny,"** and **MARK MILLER, a/k/a "Sharkey" and all successors, heirs and assignees**. The property to which this Lis Pendens refers, is described in the most recent Deed of Record in the Philadelphia County Recorder of Deeds' Office in Philadelphia County Pennsylvania, Document number 51943083 as owned by Drew Demarco and is further described as follows:

ALL THAT CERTAIN, LOT OR PIECE OF GROUND, WITH THE BRICK MESSUAGE OR TENEMENT THEREON ERECTED, DESCRIBED ACCORDING TO A RECENT SURVEY MADE BY J.H. WEBSTER, JR., SURVEYOR AND REGULATOR OF THE 10TH SURVEY DISTRICT OF PHILADELPHIA ON THE 15TH DAY OF OCTOBER A.D. 1919 AS FOLLOWS TO WIT:

SITUATE ON THE SOUTHEAST SIDE OF MULBERRY STREET AND THE NORTHEAST SIDE OF FILLMORE STREET IN THE 23RD WARD OF THE CITY OF PHILADELPHIA.

CONTAINING IN FRONT ON SAID MULBERRY STREET 15 FEET 3 INCHES AND EXTENDING SOUTHEASTWARDLY IN LENGTH OR DEPTH, BETWEEN LINE PARALLEL WITH AND ALONG SAID FILLMORE STREET 72 FEET 5-1/4 INCHES TO A CERTAIN 3 FEET WIDE ALLEY IN THE REAR PARALLEL WITH MULBERRY STREET AFORESAID.

TOGETHER WITH THE FREE AND COMMON USE, RIGHT, LIBERTY AND PRIVILEGE OF THE AFORESAID ALLEY AS AND FOR A PASSAGEWAY AND WATERCOURSES AT ALL TIMES HEREAFTER, FOREVER.

BEING NO. 4829 MULBERRY STREET.

BRT NO. 23-2-3234-00

BEING THE SAME PREMISES WHICH JOHN D. GREEN, SHERIFF OF PHILADELPHIA COUNTY, BY INDENTURE RECORDED 8/21/2007 IN THE OFFICE OF THE RECORDER OF DEEDS IN AND FOR THE COUNTY OF PHILADELPHIA AS DOCUMENT NO. 51757850, GRANTED AND CONVEYED UNTO DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF AGRENT MORTGAGE SECURITIES INC., ASSET BACKED PASS THROUGH CERTIFICATES SERIES 2006-W4 UNDER THE POOLING AND SERVICING AND AGREEMENT DATED AS OF APRIL 1, 2006 WITHOUT RECOURSE.

For further information concerning this action, reference may be made to the records of the Clerk of the Court for the United States District Court for the Eastern District of Pennsylvania, 601 Market Street, Philadelphia, Pennsylvania.

Respectfully submitted,

ZANE DAVID MEMEGER
United States Attorney

/s/
NANCY RUE
Assistant United States Attorney

Dated: December 23, 2010