IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EMMANUEL MOORE,<br>a/k/a "Duck,"<br>a/k/a "Shorty,"<br>a/k/a "Hassin Bethea"<br>THEODORE McFADDEN, SR.,<br>MONIQUE PEARSON,<br>a/k/a "Mo"<br>JAQUEL CREWS,<br>a/k/a "Quelly"<br>VINCENT CREWS,<br>a/k/a "Vinny"<br>MARK MILLER,<br>a/k/a "Sharkey"<br><br><br>IN RE: FORFEITURE OF PREMISES KNOWN AS **4834 TACKAWANNA STREET, PHILADELPHIA, PENNSYLVANIA**, A PARCEL OF REAL PROPERTY AND ALL APPURTENANCES THERETO, LYING IN PHILADELPHIA COUNTY, PENNSYLVANIA AND ANY PROCEEDS FROM THE SALE THEREOF | : | CRIMINAL NO. 10-cr-663 |

**<u>NOTICE OF LIS PENDENS</u>**

NOTICE IS HEREBY GIVEN that the above-captioned criminal case has been commenced by the filing of a Second Superseding Indictment and is now pending in the United States District Court for the Eastern District of Pennsylvania.

A federal grand jury returned a Second Superseding Indictment charging defendants **EMMANUEL MOORE, a/k/a "Duck," a/k/a "Shorty," a/k/a "Hassin Bethea,"**

**THEODORE McFADDEN, SR., MONIQUE PEARSON, a/k/a "Mo," JAQUEL CREWS, a/k/a "Quelly," VINCENT CREWS, a/k/a "Vinny,"** and **MARK MILLER, a/k/a "Sharkey"** with distribution of 50 grams or more of cocaine base; conspiracy to distribute 5 kilograms or more of cocaine; conspiracy to distribute 5 kilograms or more of cocaine and 50 grams or more of cocaine base ("crack"); and attempted possession with intent to distribute 500 grams or more of cocaine, all in violation of 21 U.S.C. §§ 841(a)(1) and 846; and criminal forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C); and 28 U.S.C. §§ 2461 and 853.

The real property legally described below and commonly known as **4834 TACKAWANNA STREET, PHILADELPHIA, PENNSYLVANIA,** is property which represents or is traceable to the any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of violations of 21 U.S.C. §§ 841(a)(1) and 846; and any property constituting or derived from, proceeds obtained directly or indirectly from the commission of violations of 21 U.S.C. §§ 841(a)(1) and 846; and is therefore subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C); and 28 U.S.C. §§ 2461 and 853. The United States seeks forfeiture of the property and/or any and all proceeds from the sale thereof.

The name of the persons whose interests are intended to be affected are **EMMANUEL MOORE, a/k/a "Duck," a/k/a "Shorty," a/k/a "Hassin Bethea," THEODORE McFADDEN, SR., MONIQUE PEARSON, a/k/a "Mo," JAQUEL CREWS, a/k/a "Quelly," VINCENT CREWS, a/k/a "Vinny,"** and **MARK MILLER, a/k/a "Sharkey" and all successors, heirs and assignees**. The property to which this Lis Pendens refers, is described in the most recent Deed of Record in the Philadelphia County Recorder of Deeds' Office in Philadelphia County Pennsylvania, Document number 50419249 as owned by Jaquel Crews and is further described as follows:

ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected, Situate in the 23rd Ward of the City of Philadelphia, Commonwealth of Pennsylvania and described according to a Plan of Property made for Buxby and Propert by Arthur G. Singer, Surveyor and Regulator of the 10th District dated February 9, 1926, as follows, to wit:

BEGINNING at a point on the Northwesterly side of Tackawanna Street (40 feet wide) measured Northeastwardly 37 feet 1-1/4 inches from its point of intersection with the Northeasterly side of Fillmore Street (50 feet wide).

CONTAINING in front or breadth along the said Northwesterly side of Tackawanna Street 15 feet 9-1/4 inches and extending of that width in length or depth between lines parallel with the said Fillore Street 80 feet 7 inches crossing the bed of a certain 17 feet wide driveway leading Northeastwardly and communication with a certain 8 feet 4 inches wide driveway leading Southeastwardly into the said Tackawanna Street; the Northeasterly and Southwesterly lines thereof partly passing through the center of party walls adjoining the building erected on this lot and the buildings erected on the lots to the Northeast and Southwest, respectively.

BEING No. 4834 Tackawanna Street.

TOGETHER with the free use, right, liberty and privilege of the aforesaid driveways as and for driveways and passageways at all times hereafter, forever.

BEING the same premises which Eleanor D. Lewis, Trustee for Malcolm E. Lewis, her grandson by Deed dated 10/5/1990 and recorded in Philadelphia County on 10/23/1990 in Deed Book FHS 1734 Page 44 granted and conveyed unto Eleanor D. Lewis, in fee.

For further information concerning this action, reference may be made to the records of the Clerk of the Court for the United States District Court for the Eastern District of Pennsylvania, 601 Market Street, Philadelphia, Pennsylvania.

Respectfully submitted,

ZANE DAVID MEMEGER
United States Attorney

/s/

Dated: December 23, 2010

NANCY RUE
Assistant United States Attorney