IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | |
| EMMANUEL MOORE,<br>a/k/a "Duck,"<br>a/k/a "Shorty,"<br>a/k/a "Hassin Bethea"<br>THEODORE McFADDEN, SR.,<br>MONIQUE PEARSON,<br>a/k/a "Mo"<br>JAQUEL CREWS,<br>a/k/a "Quelly"<br>VINCENT CREWS,<br>a/k/a "Vinny"<br>MARK MILLER,<br>a/k/a "Sharkey" | : | CRIMINAL NO. 10-cr-663 |
| IN RE: FORFEITURE OF PREMISES KNOWN AS **4847 MULBERRY STREET, PHILADELPHIA, PENNSYLVANIA**, A PARCEL OF REAL PROPERTY AND ALL APPURTENANCES THERETO, LYING IN PHILADELPHIA COUNTY, PENNSYLVANIA AND ANY PROCEEDS FROM THE SALE THEREOF | : | |

**NOTICE OF LIS PENDENS**

NOTICE IS HEREBY GIVEN that the above-captioned criminal case has been commenced by the filing of a Second Superseding Indictment and is now pending in the United States District Court for the Eastern District of Pennsylvania.

A federal grand jury returned a Second Superseding Indictment charging defendants **EMMANUEL MOORE, a/k/a "Duck," a/k/a "Shorty," a/k/a "Hassin Bethea,"**

**THEODORE McFADDEN, SR., MONIQUE PEARSON, a/k/a “Mo,” JAQUEL CREWS, a/k/a “Quelly,” VINCENT CREWS, a/k/a “Vinny,”** and **MARK MILLER, a/k/a “Sharkey”** with distribution of 50 grams or more of cocaine base; conspiracy to distribute 5 kilograms or more of cocaine; conspiracy to distribute 5 kilograms or more of cocaine and 50 grams or more of cocaine base ("crack"); and attempted possession with intent to distribute 500 grams or more of cocaine, all in violation of 21 U.S.C. §§ 841(a)(1) and 846; and criminal forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C); and 28 U.S.C. §§ 2461 and 853.

The real property legally described below and commonly known as **4847 MULBERRY STREET, PHILADELPHIA, PENNSYLVANIA,** is property which represents or is traceable to the any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of violations of 21 U.S.C. §§ 841(a)(1) and 846; and any property constituting or derived from, proceeds obtained directly or indirectly from the commission of violations of 21 U.S.C. §§ 841(a)(1) and 846; and is therefore subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C); and 28 U.S.C. §§ 2461 and 853. The United States seeks forfeiture of the property and/or any and all proceeds from the sale thereof.

The name of the persons whose interests are intended to be affected are **EMMANUEL MOORE, a/k/a “Duck,” a/k/a “Shorty,” a/k/a “Hassin Bethea,” THEODORE McFADDEN, SR., MONIQUE PEARSON, a/k/a “Mo,” JAQUEL CREWS, a/k/a “Quelly,” VINCENT CREWS, a/k/a “Vinny,”** and **MARK MILLER, a/k/a “Sharkey” and all successors, heirs and assignees**. The property to which this Lis Pendens refers, is described in the most recent Deed of Record in the Philadelphia County Recorder of Deeds’ Office in Philadelphia County Pennsylvania, Document number 50722802 as owned by Jaquel Crews and is further described as follows:

ALL THAT CERTAIN lot or piece of ground with the two story brick messuage or tenement thereon erected.

SITUATE on the Southeastwardly side of Mulberry Street (fifty feet wide) in Frankford in the Twenty-third Ward of the City of Philadelphia, BOUNDED and described as follows:

BEGINNING at the distance of ninety feet Southwestwardly from the Southwestwardly side of Harrison Street (fifty feet wide).

CONTAINING in front or breadth on said Mulberry Street, fifteen feet and extending Southeastwardly of that width in length or depth between lines parallel with Fillmore Street (formerly called New Street) on the Northeastwardly line thereof fifty-one feet four inches or thereabouts and on the Southwestwardly line thereof fifty-one feet six inches, the Northeastwardly and Southwestwardly lines thereof passing through the center of the brick party walls between this and the adjoining dwelling houses to the Northeast and Southwest.

BEING known as 4847 Mulberry Street.

CITY PARCEL/REGISTRY NO.: 88 N 4 - 77
STREET CODE/HOUSE NO.: 57560-04847
BRT NO.: 23-2-3243-00

BEING the same premises which Eugene H. Waddy and Azzie L. Waddy, husband and wife by Deed dated 8/8/2002 and recorded in Philadelphia County on 9/26/2002 in Document ID #50522397 granted and conveyed unto Eugene H. Waddy, in fee.

For further information concerning this action, reference may be made to the records of the Clerk of the Court for the United States District Court for the Eastern District of Pennsylvania, 601 Market Street, Philadelphia, Pennsylvania.

Respectfully submitted,

ZANE DAVID MEMEGER
United States Attorney

/s/

Dated: December 23, 2010

NANCY RUE
Assistant United States Attorney