IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EMMANUEL MOORE,<br>a/k/a "Duck,"<br>a/k/a "Shorty,"<br>a/k/a "Hassin Bethea"<br>THEODORE McFADDEN, SR.,<br>MONIQUE PEARSON,<br>a/k/a "Mo"<br>JAQUEL CREWS,<br>a/k/a "Quelly"<br>VINCENT CREWS,<br>a/k/a "Vinny"<br>MARK MILLER,<br>a/k/a "Sharkey"<br><br>IN RE: FORFEITURE OF PREMISES KNOWN AS **4906 COTTAGE STREET, PHILADELPHIA, PENNSYLVANIA**, A PARCEL OF REAL PROPERTY AND ALL APPURTENANCES THERETO, LYING IN PHILADELPHIA COUNTY, PENNSYLVANIA AND ANY PROCEEDS FROM THE SALE THEREOF | CRIMINAL NO. 10-cr-663 |

## NOTICE OF LIS PENDENS

NOTICE IS HEREBY GIVEN that the above-captioned criminal case has been commenced by the filing of a Second Superseding Indictment and is now pending in the United States District Court for the Eastern District of Pennsylvania.

A federal grand jury returned a Second Superseding Indictment charging defendants **EMMANUEL MOORE, a/k/a "Duck," a/k/a "Shorty," a/k/a "Hassin Bethea,"**

**THEODORE McFADDEN, SR., MONIQUE PEARSON, a/k/a "Mo," JAQUEL CREWS, a/k/a "Quelly," VINCENT CREWS, a/k/a "Vinny,"** and **MARK MILLER, a/k/a "Sharkey"** with distribution of 50 grams or more of cocaine base; conspiracy to distribute 5 kilograms or more of cocaine; conspiracy to distribute 5 kilograms or more of cocaine and 50 grams or more of cocaine base ("crack"); and attempted possession with intent to distribute 500 grams or more of cocaine, all in violation of 21 U.S.C. §§ 841(a)(1) and 846; and criminal forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C); and 28 U.S.C. §§ 2461 and 853.

The real property legally described below and commonly known as **4906 COTTAGE STREET, PHILADELPHIA, PENNSYLVANIA,** is property which represents or is traceable to the any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of violations of 21 U.S.C. §§ 841(a)(1) and 846; and any property constituting or derived from, proceeds obtained directly or indirectly from the commission of violations of 21 U.S.C. §§ 841(a)(1) and 846; and is therefore subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C); and 28 U.S.C. §§ 2461 and 853. The United States seeks forfeiture of the property and/or any and all proceeds from the sale thereof.

The name of the persons whose interests are intended to be affected are **EMMANUEL MOORE, a/k/a "Duck," a/k/a "Shorty," a/k/a "Hassin Bethea," THEODORE McFADDEN, SR., MONIQUE PEARSON, a/k/a "Mo," JAQUEL CREWS, a/k/a "Quelly," VINCENT CREWS, a/k/a "Vinny,"** and **MARK MILLER, a/k/a "Sharkey" and all successors, heirs and assignees**. The property to which this Lis Pendens refers, is described in the most recent Deed of Record in the Philadelphia County Recorder of Deeds' Office in Philadelphia County Pennsylvania, Document number 51074807 as owned by Jaquel Crews and is further described as follows:

ALL THAT CERTAIN lot or piece of ground with the brick messuage or tenement thereon erected.

DESCRIBED according to a Plan and Survey thereof made by J.H. Webster, Jr., Esquire, Surveyor and Regulator of the Tenth District dated November 26, 1919, as follows, to wit:

SITUATE on the Northwesterly side of Cottage Street in the Twenty-third Ward of the City of Philadelphia.

BEGINNING at the distance of One Hundred Fifty-nine feet, Five and Seven-eighths inches Southwestwardly from the Southwesterly side of Wakeling street; thence extending along the said side of said Cottage Street, South Seventy-five degrees, Thirty-five minutes, Thirty-three seconds West Fourteen feet, Six and One-half inches to a point, thence extending North Fourteen degrees, Twenty-four minutes, Twenty-seven seconds West and passing through the center of a brick party wall Eighty feet Five and One-quarter inches to the Southeast side of Valley Street; thence extending along the said side of said Valley Street, North Thirty-two degrees, Fourteen minutes, Fifty-nine seconds East Two feet, Three and One-quarter inches to a point, thence extending North Seventy-five degrees, Thirty-five minutes, Thirty-three seconds East along the side of a Three feet wide alley extending Northeastwardly into Wakeling Street and Southwestwardly into Valley Street Twelve feet Ten and Five-eighths inches to a point, thence extending South Fourteen degrees, Twenty-four minutes, Twenty-seven seconds East and passing through the center of the brick party wall between this and the adjoining brick messuage Eighty-two feet to the said side of said Cottage Street, the first mentioned point and place of beginning.

BEING No. 4906 Cottage Street. TAX ID #23-2-3727-00

TOGETHER with the free and uninterrupted right, use, liberty and privilege of the abovementioned alley way as a means of ingress, egress, and regress for the use of the owners of this and adjoining messuage at all times hereafter, forever.

BEING THE SAME Premises, which Florence V. Trolene and Charles W. Dicnam, Her Husband, by Deed dated 7/22/1981 and recorded 7/23/1981 in Philadelphia County in Deed Book E.F.P. 261 page 112, granted and conveyed unto Larry King, in fee.

For further information concerning this action, reference may be made to the records of the Clerk of the Court for the United States District Court for the Eastern District of Pennsylvania, 601 Market Street, Philadelphia, Pennsylvania.

Respectfully submitted,

ZANE DAVID MEMEGER
United States Attorney

/s/
NANCY RUE
Assistant United States Attorney

Dated: December 23, 2010