IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :
:
v. :
:
EMMANUEL MOORE, : CRIMINAL NO. 10-cr-663
a/k/a "Duck," :
a/k/a "Shorty," :
a/k/a "Hassin Bethea" :
THEODORE McFADDEN, SR., :
MONIQUE PEARSON, :
a/k/a "Mo" :
JAQUEL CREWS, :
a/k/a "Quelly" :
VINCENT CREWS, :
a/k/a "Vinny" :
MARK MILLER, :
a/k/a "Sharkey" :
:
:
IN RE: FORFEITURE OF PREMISES KNOWN :
AS **6705 OGONTZ AVENUE,** :
**PHILADELPHIA, PENNSYLVANIA**, :
A PARCEL OF REAL PROPERTY AND ALL :
APPURTENANCES THERETO, LYING IN :
PHILADELPHIA COUNTY, PENNSYLVANIA :
AND ANY PROCEEDS FROM :
THE SALE THEREOF :

## NOTICE OF LIS PENDENS

NOTICE IS HEREBY GIVEN that the above-captioned criminal case has been commenced by the filing of a Second Superseding Indictment and is now pending in the United States District Court for the Eastern District of Pennsylvania.

A federal grand jury returned a Second Superseding Indictment charging defendants **EMMANUEL MOORE, a/k/a "Duck," a/k/a "Shorty," a/k/a "Hassin Bethea,"**

**THEODORE McFADDEN, SR., MONIQUE PEARSON, a/k/a "Mo," JAQUEL CREWS, a/k/a "Quelly," VINCENT CREWS, a/k/a "Vinny,"** and **MARK MILLER, a/k/a "Sharkey"** with distribution of 50 grams or more of cocaine base; conspiracy to distribute 5 kilograms or more of cocaine; conspiracy to distribute 5 kilograms or more of cocaine and 50 grams or more of cocaine base ("crack"); and attempted possession with intent to distribute 500 grams or more of cocaine, all in violation of 21 U.S.C. §§ 841(a)(1) and 846; and criminal forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C); and 28 U.S.C. §§ 2461 and 853.

The real property legally described below and commonly known as **6705 OGONTZ AVENUE, PHILADELPHIA, PENNSYLVANIA,** is property which represents or is traceable to the any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of violations of 21 U.S.C. §§ 841(a)(1) and 846; and any property constituting or derived from, proceeds obtained directly or indirectly from the commission of violations of 21 U.S.C. §§ 841(a)(1) and 846; and is therefore subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C); and 28 U.S.C. §§ 2461 and 853. The United States seeks forfeiture of the property and/or any and all proceeds from the sale thereof.

The name of the persons whose interests are intended to be affected are **EMMANUEL MOORE, a/k/a "Duck," a/k/a "Shorty," a/k/a "Hassin Bethea," THEODORE McFADDEN, SR., MONIQUE PEARSON, a/k/a "Mo," JAQUEL CREWS, a/k/a "Quelly," VINCENT CREWS, a/k/a "Vinny,"** and **MARK MILLER, a/k/a "Sharkey" and all successors, heirs and assignees**. The property to which this Lis Pendens refers, is described in the most recent Deed of Record in the Philadelphia County Recorder of Deeds' Office in Philadelphia County Pennsylvania, Document number 51787897 as owned by Melvina Miller and is further described as follows:

ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected,

SITUATE in the 10th (formerly part of the 50th) Ward of the City of Philadelphia:

BEGINNING at a point on the East side of Ogontz Avenue at the distance of 38 feet 2 and 3/8 inches Northward from the North side of 67th Avenue North; thence extending South 81 degrees 50 minutes 30 seconds East 93 feet 7 and 1/8 inches to a point on the West side of a certain 20 feet wide driveway; thence extending Northward along the West side of the 20 feet wide driveway 20 feet and 3/8 of an inch to a point; thence extending North 81 degrees 50 minutes 30 seconds West 94 feet 8 and 5/8 inches to a point on the East side of Ogontz Avenue; thence extending Southward along the said East side of Ogontz Avenue 20 feet to the first mentioned point and place of beginning.

BEING NO. 6705 Ogontz Avenue.

TOGETHER with the free and common use, right, liberty and privilege of the aforesaid driveway as and for a driveway and passageway at all times hereafter, forever in common with the owners, tenants and occupiers of the other lots of ground bounding thereon and entitled to the use thereof.

BEING THE SAME PREMISES WHICH John D. Green, Sheriff by Deed Poll dated 4/11/2005 and recorded 5/12/2005 in the County of Philadelphia in Document #51174857 conveyed unto Main Development Group, Inc., in fee.

ST. CODE/HOUSE No.: 61180-06705

CITY REGISTRY: 134N23-236

For further information concerning this action, reference may be made to the records of the Clerk of the Court for the United States District Court for the Eastern District of Pennsylvania, 601 Market Street, Philadelphia, Pennsylvania.

Respectfully submitted,

ZANE DAVID MEMEGER
United States Attorney

/s/
NANCY RUE
Assistant United States Attorney

Dated: December 23, 2010