**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 10-663-4, 6** |
| | : | |
| **v.** | : | |
| | : | |
| **JAQUEL CREWS,** | : | |
| **MARK MILLER** | : | |

**<u>ORDER</u>**

AND NOW, this 5th day of March, 2012, it is hereby

ORDERED

that the Warden of Curran Fromhold Correctional Facility ("CFCF"), State Road, Philadelphia, Pennsylvania, the United States Marshal for the Eastern District of Pennsylvania, and agents of the Drug Enforcement Administration produce the body of Jerome Livingston, PID: 889282, SID: PA28410441, date of birth: 12/30/1983, on March 8, 2012, in the United States Courthouse for the Eastern District of Pennsylvania, Courtroom 17B, 601 Market Street, Philadelphia, Pennsylvania, and that immediately upon the termination of the proceedings, the body of Jerome Livingston be returned to CFCF.

BY THE COURT:

HONORABLE JOHN R. PADOVA
United States District Court Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 10-663-4, 6** |
| | : | |
| **v.** | : | |
| | : | |
| **JAQUEL CREWS,** | : | |
| **MARK MILLER** | : | |

**PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

AND NOW COMES the United States of America, by its attorneys, and avers as follows:

1. Jerome Livingston,, PID: 889282, SID: PA28410441, date of birth: 12/30/1983, is presently incarcerated at Curran Fromhold Correctional Facility ("CFCF").

2. Livingston is expected to testify at the trial of Jaquel Crews and Mark Miller, and his appearance is needed for his trial testimony.

3. WHEREFORE, your petitioner prays this Honorable Court for a Writ of Habeas Corpus Ad Testificandum directed to the Warden of Curran Fromhold Correctional Facility, the United States Marshal for the Eastern District of Pennsylvania, and agents of the

Drug Enforcement Administration requiring the Warden of CFCF and agents with the Drug Enforcement Administration to produce the above-named prisoner on March 8, 2012, and that immediately upon the termination of the proceedings, the prisoner be returned to CFCF.

Respectfully yours,

ZANE DAVID MEMEGER
United States Attorney

K.T. Newton
Assistant United States Attorney

Dated: March 5, 2012