IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CRIMINAL NO. 10-cr-663-4 |
| JAQUEL CREWS | : | |
| | : | |

## JUDGMENT OF ACQUITTAL/NOT GUILTY

AND NOW, this 14th day of March , 2012, with the attorney for the Government and the defendant being present with counsel,

[X] The jury has returned its verdict, finding the Defendant Not Guilty as to: Counts eight , nine and ten of the second superseding indictment .

**AND IT IS THEREFORE ORDERED** that Judgment in accordance with the above finding is hereby entered pursuant to Rule 32(k)(1), Federal Rules of Criminal Procedure.

BY THE COURT:

JOHN R. PADOVA J.

cc: Probation Office
Counsel

3/14/12 MB
Date By Whom

Cr 1 (4/2006)