IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION NO. 17-4976 |
| v. | : | |
| JAQUEL CREWS | : | CRIMINAL NO. 10-663-4 |

## ORDER

**AND NOW**, this 4th day of September, 2018, upon consideration of Jaquel Crews's *pro se* Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Crim. Docket No. 589) and all documents filed in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **DENIED**. As Crews has failed to make a substantial showing of the denial of a constitutional right, there is no basis for the issuance of a certificate of appealability. The Clerk is directed to **CLOSE** Civil Action No. 17-4976.

BY THE COURT:

/s/ John R. Padova

_____
John R. Padova, J.