**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | | **No. 2:10-CR-663-04** |
| v. | : | (Judge Padova) |
| | : | |
| JAQUEL CREWS, | | |
| Defendant. | : | |

**[PROPOSED] ORDER GRANTING REDUCTION IN SENTENCE**

AND NOW, upon consideration of the motion of defendant Jaquel Crews under 18 U.S.C. § 3582(c)(1)(A)(i) to modify his sentence, and the government's response thereto, and the Court being fully informed, the Court FINDS: (a) that extraordinary and compelling reasons exist for such reduction, consistent with the guidance found in U.S.S.G. § 1B1.13 (p.s.), and (b) that upon reconsideration of the applicable factors set forth in 18 U.S.C. § 3553(a) reduction of the defendant's sentence of imprisonment at this time is warranted. Accordingly, this _____ day of ____________, 2023, it is HEREBY ORDERED that the motion is GRANTED and the sentence imposed by this Court upon defendant Crews on November 5, 2013, shall be MODIFIED as follows:

1. The defendant's term of imprisonment is **REDUCED** from 240 months to the time already served, effective as of the day following the filing of this Order; provided, however, that a release plan has by that date been approved by this Court upon recommendation of the U.S. Probation Office; if not yet approved, this Order is stayed pending such approval and further order of this Court;

2. Upon release, the defendant shall reside with his wife, Jesseca Crews, at their residence at 75 Meetinghouse Circle, Sicklerville, New Jersey, or at such other address as

may be approved by the United States Probation Officer, and shall contact the United States Probation Office for this District within 48 hours of his arrival at the family residence;

3. The sentence to forfeit $5 million is reduced and remitted to the amount paid to date. The sentence imposed by this Court on November 5, 2013, is otherwise unchanged by this Order except as expressly provided herein. In particular, while serving his ten-year term of supervised release, the defendant shall be subject to and abide by the Court's previously imposed general and special conditions of supervision;

[4. In addition, the following special condition(s) of supervised release are imposed:]

WHEREFORE, an amended Judgment on Form AO245C reflecting the foregoing will be prepared and filed in due course.

BY THE COURT:

________________________________

JOHN R. PADOVA, U.S.D.J.