IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| v. | : | CRIMINAL NO. 10-663-4 |
| | : | |
| JAQUEL CREWS | : | |

**ORDER**

**AND NOW**, this 1st day of May, 2024, upon consideration of Jaquel Crews's "Motion for Modification of Sentence Based on Extraordinary and Compelling Reasons" (Docket No. 776), all documents filed in connection therewith, and the Hearing held on February 21, 2024, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **DENIED**.[1]

BY THE COURT:

/s/ John R. Padova

_____
John R. Padova, J.

---

[1] As we noted in our Memorandum, our Order denying the instant Motion is based, in part, on evidence that Mr. Crews is recovering from the stroke he suffered on October 15, 2023. Accordingly, our denial of this Motion is without prejudice to Mr. Crews filing a new Motion for Modification of Sentence if his health worsens.